# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2014

## NO. 03-13-00559-CV

**Integration Services Corporation, Appellant**

**v.**

**Dell Marketing, L.P., Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on February 25, 2013. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and the court below, and this decision shall be certified below for observance.